SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

FELIX GUERRERO,

                              Movant,

      -against-

UNITED STATES OF
AMERICA,

                            Respondent.
--------------------------------------------------------X

**CIVIL JUDGMENT**

08 Civ. 2445 (KMW)

By order dated March 11, 2008, movant was directed to submit an amended motion to vacate pursuant to 28 U.S.C. § 2255 within sixty (60) days of the date of that order. Given that movant has failed to file an amended motion as specified, it is,

ORDERED, ADJUDGED AND DECREED: That the motion to vacate pursuant to 28 U.S.C. § 2255 is dismissed without prejudice. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                                              */s/ Kimba M. Wood*
                                                              KIMBA M. WOOD
                                                              Chief Judge

Dated: MAY 19 2008
        New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.